**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DAVARIUS DEPRIE PARHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRIPE,<br>Correctional Officer at Ft.<br>Dodge Correctional Facility,<br><br>　　　　Defendant. | **No. 08-CV-3050-DEO**<br><br>**ORDER** |

　　The Court issued an Order on May 29, 2009, directing Plaintiff to provide the Court with a proper and updated mailing address, to file an amended complaint, and to correct his application to proceed in forma pauperis. The Court directed Plaintiff to complete these requirements within thirty (30) days. In addition, the Court informed Plaintiff that failure to comply with the Order could result in the matter being dismissed. See Fed. R. Civ. P. 41(b); see also Edgington v. Missouri Dept. of Corrections, 52 F.3d 777, 779-80 (8th Cir. 1995) (allowing a court to dismiss a case for failure to comply with a court order). To date, Plaintiff has not responded to the Court's Order.

　　**IT IS THEREFORE HEREBY ORDERED**

　　**(1)** This case is **dismissed without prejudice** for failure

to prosecute and/or failure to respond to a court order.

**(2)** The Clerk of Court is directed to file the complaint for the purpose of making a record.

**IT IS SO ORDERED** this 8th day of July, 2009.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa